UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

*************************************

| | |
|---|---|
| MEDIA DIGITAL, INC., | * |
| | * |
| Plaintiff, | *   Civil Action No. 1:12-cv-00311-SJM |
| | * |
| vs. | * |
| | * |
| ACER AMERICA CORPORATION, | * |
| | * |
| Defendant. | * |

## ORDER GRANTING
## STIPULATION OF DISMISSAL WITH PREJUDICE

Having reviewed the file and the request on this matter, and for good cause appearing:

IT IS HEREBY ORDERED that the parties' Stipulation of Dismissal with Prejudice is hereby GRANTED, with each party to bear its own costs and attorneys' fees.

So ORDERED AND SIGNED this 30th day of January, 2013.

Steven J. McAuliffe
U.S. District Judge